IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

So Ordered.
/s/ Patricia A. Gaughan
9/29/16

| | |
|---|---|
| JUSTIN SHILLING, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONS CORPORATION OF AMERICA DBA CCA DBA LAKE ERIE CORRECTIONAL INSTITUTION, et al., <br><br> Defendants. | Case No. 1:16-cv-00873-PAG <br><br> Honorable Patricia A. Gaughan <br><br> Magistrate Judge Kenneth S. McHargh <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS STIPULATED by and between Plaintiff, Justin Shilling, and Defendants Corrections Corporation of America dba CCA dba Lake Erie Correctional Institution; CCA Prison Realty Trust; CCA dba Lake Erie Correctional Inst.; L. Gillespie; S. Swanson, MD; and C. Aiken, MSN, CNP, through counsel, that the above-entitled action be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 28th day of September, 2016.

By: */s/*John D. Falgiani, Jr.
  John D. Falgiani, Jr., #0029751
  P.O. Box 8533
  Warren, OH  44484
  Telephone: (330) 565-1780
  johnfalgiani@gmail.com

Attorney for Plaintiff

By: */s/*Timothy J. Bojanowski
  Timothy J. Bojanowski, #0016162
  STRUCK WIENEKE & LOVE, P.L.C.
  3100 West Ray Road, Suite 300
  Chandler, AZ  85226
  Telephone:  (480) 420-1600
  Facsimile:   (480) 420-1699
  tbojanowski@swlfirm.com

Attorney for Defendants